ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. |
| LEONARD SAMUEL ZAK (01) | 3-14CR-458-M |

The United States Attorney Charges:

### MISDEMEANOR INFORMATION

Count One
Failure to File a IRS Form 8300 and Maintain a Copy of Said Form
[Violation of 12 U.S.C. §§ 1953 & 1956, 31 U.S.C. § 5331(a),
31 CFR §§ 1010.300, 1010.330(a)(1)(ii), (e) & 1010.840(a)]

On or about September 2, 2011, in the Fort Worth Division of the Northern District of Texas, the defendant, **Leonard Samuel Zak**, was then and there engaged in a trade and business, specifically, a business engaged in vehicle sales, and in the course of such trade and business he received United States currency in excess of ten thousand dollars ($10,000.00) in one transaction, and he willfully failed to file and maintain a copy in his business records, a "Report of Cash Payments Over $10,000 Received in a Trade or Business" (Internal Revenue Service and Financial Crimes Enforcement Network Form 8300) at such time and in such manner as the Secretary of the Department of the Treasury has, by statute and regulation, prescribed, namely 12 U.S.C. § 1953 and 31 CFR §§ 1010.300, 1010.330(a)(1)(ii) and (e).

In violation of 12 U.S.C. §§ 1953 and 1956, 31 U.S.C. § 5331(a), 31 CFR §§ 1030.300, 1010.330(a)(1)(ii), (e) and 1010.840(a).

                                        Respectfully submitted,

                                        SARAH R. SALDAÑA
                                        UNITED STATES ATTORNEY

                                        _____
                                        SHAWN SMITH
                                        Assistant United States Attorney
                                        Texas State Bar No. 24033206
                                        Burnett Plaza, Suite 1700
                                        801 Cherry Street, Unit #4
                                        Fort Worth, Texas 76102-6882
                                        Telephone: 817-252-5200
                                        Facsimile: 817-252-5455